ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

APR 25 2023

CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. |
| v. | **3-23CR0164-M** |
| SERGIO RAYMUNDO CRUZ | |

## INDICTMENT

The Grand Jury charges:

### Count One
Possession of a Firearm by a Convicted Felon
(Violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

On or about December 17, 2022, in the Dallas Division of the Northern District of Texas, the defendant, **Sergio Raymundo Cruz**, knowing that he had been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, that is, a felony offense, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, to wit: a Glock, Model 22, .40 caliber pistol, bearing serial number BTK067US.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

Forfeiture Notice
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

Upon conviction for the offense alleged in Count One of this Indictment, and

pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the defendant, **Sergio**

**Raymundo Cruz**, shall forfeit to the United States of America any firearm and

ammunition involved or used in the commission of the offense, including but not limited

to the following:

1. a Glock, Model 22, .40 caliber pistol, bearing serial number BTK067US; and
   any ammunition recovered with the firearm.

A TRUE BILL:

_____
FOREPERSON

LEIGHA SIMONTON
UNITED STATES ATTORNEY

_____
JOHN J. BOYLE
Assistant United States Attorney
Texas Bar No. 00790002
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Tel:   214-659-8617
Fax:   214-659-8805
Email: John.Boyle2@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

---

THE UNITED STATES OF AMERICA

v.

SERGIO RAYMUNDO CRUZ

---

INDICTMENT

18 U.S.C. §§ 922(g)(1) and 924(a)(8)
Possession of a Firearm by a Convicted Felon
(Count 1)

18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)
Forfeiture Notice

1 Count

---

A true bill rendered

-----------------------------------------------------------------

DALLAS                                                    FOREPERSON

Filed in open court this 25 day of April, 2023.

-----------------------------------------------------------------

**Warrant to be Issued**

-----------------------------------------------------------------

UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending